UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RODEL SARANGLAO MANIMTIM,
      Petitioner,

vs.                               Case No.:  3:25cv209/LAC/ZCB

OKALOOSA COUNTY CIRCUIT
COURT, et al.,
      Respondents.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 17, 2025.  (Doc. 7).  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

1

2.    The 28 U.S.C. § 2241 petition for a writ of habeas corpus (Doc. 1) is

**DISMISSED without prejudice** for lack of jurisdiction.

**DONE AND ORDERED** this 18th day of April, 2025.

s/*L.A. Collier*
 **LACEY A. COLLIER**
 **SENIOR UNITED STATES DISTRICT JUDGE**